PEOPLE ex rel. KILGALLON v. NUHN, Clerk of Municipal Court. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Appeal from Special Term, Kings County. Mandamus by the People, on relation

of Luke Kilgallon, against John H. Nuhn, Clerk of the Municipal Court of the City of New York, Third District, Borough of Queens. From an order denying a motion for a peremptory writ of mandamus (156 N. Y. Supp. 559), the relator appeals. Affirmed. William Rasquin, Jr., of New York City, for appellant. James S. Darcy, of New York City, for respondent.

PER CURIAM. We think that the disposition made by the Special Term was right. The opinion of Maddox, J., who presided in that court, renders any discussion by us unnecessary. The opinion as printed in the record states that Browning, King & Co. v. Chamberlain, 150 App. Div. 392, 134 N. Y. Supp. 1104, was affirmed in 210 N. Y. 270, 104 N. E. 627. This was probably a slip of the pen. That case was reversed. See 210 N. Y. 270–274, 104 N. E. 627. The order of the Special Term is affirmed, with $10 costs and disbursements.